### WAYCROSS AIR-LINE RAILROAD COMPANY *v.* O'BERRY.

COBB, J. There were no errors of law complained of. While the case upon its merits was close and doubtful, there was evidence authorizing the verdict, and the court did not err in refusing to grant a new trial.

　　*Judgment affirmed.　All the Justices concurring, except Fish, J., absent.*

Submitted December 10, — Decided December 21, 1900.

Action for damages.　Before Judge Bennet.　Ware superior court.　November term, 1899.

*J. L. Sweat,* for plaintiff in error.

*Toomer & Reynolds* and *L. A. Wilson,* contra.